RUTH CHASE DONALDSON v. CHASE SECURITIES CORPORATION (NOW AMEREX HOLDING CORPORATION).[1]

January 10, 1941.

Nos. 32,572, 32,625.

[1]Reported in 296 N. W. 518.

*Stinchfield, Mackall, Crounse & Moore* and *John M. Palmer,* for appellant.

*Streissguth & Gislason* and *Leonard, Street & Deinard,* for respondent.

STONE, JUSTICE.

Our decision in a companion case, Pomeroy v. National City Co. 209 Minn. 155, 296 N. W. 513, is decisive of the only question presented by this appeal and requires reversal of the judgment under review.

This record indicates the presence of issues other than that of the tolling of the statute of limitations. If in respect to such issues there are further proceedings below, this decision is without prejudice to them or to the result.

Reversed.

GALLAGHER, CHIEF JUSTICE, HOLT, JUSTICE, and PETERSON, JUSTICE (dissenting).

We dissent.

